IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**DIALLO A. BOHANNA,**

    **Defendant.**                                           **Case No. 99-cr-30250-1-DRH**

## ORDER

**HERNDON, Chief Judge:**

In the above-captioned case, the Government has moved to revoke Defendant's supervised release based upon the same underlying conduct as is charged against Defendant in a recent Indictment, case number 07-cr-30178-WDS-DGW.  This new case is assigned to the Honorable William D. Stiehl,  Because both cases now involve the same alleged underlying criminal conduct, the **Clerk** is hereby **DIRECTED TO REASSIGN** this case to the Honorable Judge Stiehl to serve as presiding Judge for the remainder of the proceedings.  Accordingly, the new case number shall be **99-cr-30250-1-WDS-DGW**.

**IT IS SO ORDERED.**

Signed this 27th day of November, 2007.

                                                      /s/     *David R Herndon*
                                                    **Chief Judge**
                                                    **United States District Court**