IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No.  99-30250-WDS |
| DIALLO BOHANNA, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on Defendant's Second Motion to Continue Hearing on Petition to Revoke Supervise Release. Defendant moved to continue the hearing in order to allow the parties to negotiate a disposition of a related case jointly with the resolution of this case. The government has no objection to this continuance. Accordingly, the Court **GRANTS** Defendant's motion to continue and **CONTINUES** the hearing until January 16, 2008, at 1:30 P.M.

**IT IS SO ORDERED.**

**DATED: December 19, 2007.**

                                                        **s/ WILLIAM D. STIEHL**
                                                               **District Judge**